STEPHEN BROWN, Executor, etc., Respondent, *v.* GEORGE M. CRIPPEN, Appellant.

(Argued November 22, 1886 ; decided December 7, 1886.)

*L. B. Pike* and *John R. Putnam* for appellant.

*Lyman H. Northrup* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.